**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| *TIARA ROBINSON, et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Cause No. 4:10-CV-01176 JCH |
| v. | ) |
| | ) |
| *NEWELL RUBBERMAID, f/k/a* | ) |
| *KIRSCH, INC., et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

This matter is before the Court on Defendants' Motion to Compel Compliance with Subpoena, or in the Alternative, Motion for Contempt and Sanctions, filed March 26, 2012. (ECF No. 55). Counsel for the parties appeared for hearing on said motion on April 5, 2012. Ronald Bailey and Michael Shackelford failed to appear.

**IT IS HEREBY ORDERED** that Ronald Bailey is compelled to appear for deposition on **Friday, April 27, 2012 at 11:00 a.m.** Bailey's failure to attend said deposition may result in him being held in contempt of Court.

**IT IS FURTHER ORDERED** that Michael Shackelford is compelled to appear for deposition on **Friday, April 27, 2012 at 12:00 p.m.** Shackelford's failure to attend such deposition may result in him being held in contempt of Court.

Upon receipt of this Order, Defendants shall serve copies of the Order on Bailey and Shackelford at their last known addresses.

3477580\1

Dated this __10th__ day of April, 2012.


Honorable Jean C. Hamilton
UNITED STATES DISTRICT JUDGE