UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | | |
|---|---|---|
| TIARA ROBINSON, as Next Friend and Natural Mother of C.R., TIARA ROBINSON, Individually, and ORLANDUS ROBINSON, Individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:10-CV-01176 JCH |
| NEWELL WINDOW FURNISHINGS, INC., and J.C. PENNEY CORPORATION, | ) ) ) | |
| Defendants. | ) | |

**NEWELL WINDOW FURNISHINGS, INC. AND
J.C. PENNEY CORPORATION'S MOTION TO BAR PLAINTIFFS'
"NON-RETAINED EXPERTS/FACT WITNESSES WITH EXPERTISE"**

Defendants Newell Window Furnishings, Inc. and J.C. Penney Corporation, pursuant to Federal Rules of Civil Procedure 16 and 37 and Federal Rule of Evidence 702, request that the Court bar Plaintiffs' "non-retained experts/fact witnesses with expertise" — Linda Kaiser, Robert Nevins, Toni Griesbach, Donald Vasos, Eric and Ann Olen, Nicole Walla, and "parents of children who have been injured or killed by corded window covering products" — from testifying as experts in this matter.

In support of this Motion, Defendants submit the Memorandum in Support of Their Motion to Bar Plaintiffs' "Non-Retained Experts/Fact Witnesses with Expertise."

**WHEREFORE**, Defendants Newell Window Furnishings, Inc. and J.C. Penney Corporation request that this Court enter an order barring Plaintiffs' "non-retained experts/fact witnesses with expertise" — Linda Kaiser, Robert Nevins, Toni Griesbach, Donald Vasos, Eric and Ann Olen, Nicole Walla, and "parents of children who have been injured or killed by corded

window covering products" — from testifying as experts in this matter and awarding such further relief as this Court deems just and proper.

Respectfully submitted,

By:      /s/ Holly A. Podulka

Kevin P. Krueger, #03319
Natalie J. Kussart, #59622MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail:  kkrueger@sandbergphoenix.com
             nkussart@sandbergphoenix.com

Joseph J. Krasovec III, *pro hac vice*
Holly A. Podulka, *pro hac vice*
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (Fax)
E-mail:  jkrasovec@schiffhardin.com
             hpodulka@schiffhardin.com

*Attorneys for Defendants Newell Window Furnishings, Inc. and J.C. Penney Corporation*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on May 10, 2012, she filed the foregoing and this Certificate of Service with the Clerk of the Court via the Case Management/Electronic Case Filing (CM/ECF) system, which will provide electronic notice to all counsel of record.

/s/ Holly A. Podulka

CH2\11279159.1