UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DISTRICT

| | |
|---|---|
| TIARA ROBINSON, as Next Friend and Natural Mother of C.R., TIARA ROBINSON, Individually, and ORLANDUS ROBINSON, Individually,<br><br>                Plaintiffs,<br><br>v.<br><br>NEWELL WINDOW FURNISHINGS, INC., and J.C. PENNEY CORPORATION,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)    No. 4:10-CV-01176 JCH<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT J.C. PENNEY CORPORATION'S
MOTION FOR SUMMARY JUDGMENT**

      Defendant J.C. Penney Corporation, pursuant to Federal Rule of Civil Procedure 56, respectfully requests that this Court enter summary judgment in its favor and against Plaintiffs. In support of this Motion, J.C. Penney Corporation submits the Statement of Uncontroverted Material Facts and Memorandum in Support of Its Motion for Summary Judgment.

      **WHEREFORE**, Defendant J.C. Penney Corporation respectfully requests that this Court enter an order granting summary judgment in its favor and against Plaintiffs and awarding such further relief as this Court deems just and proper.

Respectfully submitted,

By:  /s/ Holly A. Podulka

Kevin P. Krueger, #03319
Natalie J. Kussart, #59622MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail:  kkrueger@sandbergphoenix.com
         nkussart@sandbergphoenix.com

Joseph J. Krasovec III, *pro hac vice*
Holly A. Podulka, *pro hac vice*
Schiff Hardin LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (Fax)
E-mail:  jkrasovec@schiffhardin.com
         hpodulka@schiffhardin.com

*Attorneys for Defendants Newell Window Furnishings, Inc. and J.C. Penney Corporation*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 10, 2012, she filed the foregoing and this Certificate of Service with the Clerk of the Court via the Case Management/Electronic Case Filing (CM/ECF) system, which will provide electronic notice to all counsel of record.

/s/ Holly A. Podulka