**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| TIARA ROBINSON, as Next Friend and<br>Natural Mother of C.R., TIARA<br>ROBINSON, Individually, and<br>ORLANDUS ROBINSON, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>NEWELL WINDOW FURNISHINGS,<br>INC., and J.C. PENNEY CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 4:10-CV-01176 JCH |

**NEWELL WINDOW FURNISHINGS, INC. AND J.C. PENNEY CORPORATION'S**
**MOTION FOR SUMMARY JUDGMENT**

Defendants Newell Window Furnishings, Inc. and J.C. Penney Corporation, pursuant to Federal Rule of Civil Procedure 56, respectfully request that this Court enter summary judgment in their favor and against Plaintiffs.  In support of this Motion, Newell Window Furnishings, Inc. and J.C. Penney Corporation submit their Statement of Uncontroverted Material Facts and Memorandum in Support of Their Motion for Summary Judgment.

**WHEREFORE**, Defendants Newell Window Furnishings, Inc. and J.C. Penney Corporation respectfully request that this Court enter an order granting summary judgment in their favor and against Plaintiffs and awarding such further relief as this Court deems just and proper.

Respectfully submitted,


By:      /s/ Holly A. Podulka

       Kevin P. Krueger, #03319
       Natalie J. Kussart, #59622MO
       600 Washington Avenue - 15th Floor
       St. Louis, MO  63101-1313
       314-231-3332
       314-241-7604 (Fax)
       E-mail:  kkrueger@sandbergphoenix.com
                nkussart@sandbergphoenix.com

       Joseph J. Krasovec III, *pro hac vice*
       Holly A. Podulka, *pro hac vice*
       Schiff Hardin LLP
       233 South Wacker Drive, Suite 6600
       Chicago, IL 60606
       (312) 258-5500
       (312) 258-5600 (Fax)
       E-mail:  jkrasovec@schiffhardin.com
                hpodulka@schiffhardin.com

       *Attorneys for Defendants Newell Window*
       *Furnishings, Inc. and J.C. Penney Corporation*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that on May 10, 2012, she filed the foregoing and this Certificate of Service with the Clerk of the Court via the Case Management/Electronic Case Filing (CM/ECF) system, which will provide electronic notice to all counsel of record.

/s/ Holly A. Podulka

CH2\11279971.1