UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIARA ROBINSON, as Next Friend and Natural Mother of C.R., *et al.*,<br><br>Plaintiffs,<br><br>v.<br>NEWELL WINDOW FURNISHINGS, INC, *et al.*,<br><br>Defendants. | Case No.:  4:10-CV-01176 JCH |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

COME NOW Plaintiffs, by and through undersigned counsel, and move the Court for leave to file Exhibits 1-64 to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment and Statement of Additional Material Facts in Opposition to Defendants' Motion for Summary Judgment.

WHEREFORE, Plaintiffs respectfully request the Court grant them leave to file Exhibits 1-64 to Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment and Statement of Additional Material Facts in Opposition to Defendants' Motion for Summary Judgment thereof, under seal.

                                              Respectfully submitted,
                                              ONDER, SHELTON, O'LEARY & PETERSON, LLC

By:   /s/ James G. Onder
        James G. Onder
        James T. Corrigan
        110 E. Lockwood, 2nd Floor
        St. Louis, MO 63119
        314/963-9000 telephone
        314/963-1700 facsimile
        onder@onderlaw.com
        corrigan@onderlaw.com
        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a true and accurate copy of the foregoing was served via the Court's CM/ECF system this 4th day of June, 2012.

                  /s/ James G. Onder