# EXHIBIT B



4215 Campus Drive
Aurora, IL 60504

### ERICK H. KNOX, Ph.D., P.E.
### VICE PRESIDENT, PRINCIPAL
### DIRECTOR OF BIOMECHANICAL AND SAFETY ENGINEERING
ehknox@esi-il.com

Dr. Knox is Director of Biomechanical and Safety Engineering at Engineering Systems Inc. (ESI). Dr. Knox is a biomechanical engineer with over twenty years of experience in the field of biomechanics. He specializes in biomechanical analysis, determination of injury causation and mechanisms, ergonomics and human factors analysis, accident investigation and reconstruction, mechanical testing and failure analysis, human motion analysis including occupant kinematics, and biomedical devices.

### Areas of Specialization

Impact Biomechanics
Orthopedic/Clinical Biomechanics
Human factors and ergonomics
Accident analysis and reconstruction
Injury causation and injury mechanisms
Human motion analysis and occupant kinematics
Mechanical testing and failure analysis
Biomedical instrumentation

### Education

Ph.D., Biomedical Engineering
Northwestern University

M.S., Biomedical Engineering
Northwestern University

B.S., Engineering, Biomedical Engineering Dept.
Marquette University

### Licensed Professional Engineer (P.E.)

IL (062-059483)

November 2011

## **Education** (Continued)

Traffic Accident Reconstruction I and Traffic Accident Reconstruction II
      Northwestern University Traffic Institute, Chicago, IL

Strain Gage Technology course
      Vishay Measurements Group, Inc.

Injuries, Anatomy, Biomechanics and Federal Regulation
      Society of Automotive Engineers

Current issues in Using Crash Injury Data
      Society of Automotive Engineers, Troy, MI

Accidental Injury:  Biomechanics & Prevention
      University of California, San Diego School of Medicine

Clinical and Biomechanical Aspects of Lower Extremity Injury
      Wayne State University, Detroit, MI

Ergonomics:  Job Analysis and Field Studies
      University of Michigan, Ann Arbor, MI

Forensic Analysis of Medical Records in Injury Biomechanics and Accident Reconstruction
      Society of Automotive Engineers, Troy, MI

Occupant and Vehicle Kinematics in Rollovers
      Society of Automotive Engineers, Fort Myers, Florida


## **Professional Affiliations/Honors**

      American National Standards Institute (ANSI)
            Chairman – ASC A14 committee
            Chairman – ASC A14.2 subcommittee on safety requirements for portable metal
                ladders
            Member – ASC A14.5 subcommittee on safety requirements for portable
                reinforced plastic ladders
            Member – ASC A14.7 subcommittee on safety requirements for rolling ladders

      American Society of Biomechanics
            Member

      American Society for Testing and Materials
            Member



*Erick H. Knox, Ph.D., P.E.*
*November 2011*

## **Professional Affiliations/Honors** (continued)

<u>American Society of Mechanical Engineers</u>
  Member

<u>Institute for Electrical and Electronics Engineers</u>
  Member

<u>Engineering in Medicine and Biology Society</u>
  Member

<u>Society of Automotive Engineers</u>
  Member

<u>Illinois (Local and State Chapter) & National Society of Professional Engineers</u>
  Member

<u>Alpha Eta Mu Beta (Biomedical Engineering Honor Society)</u>
  Member

<u>Tau Beta Pi (Engineering Honor Society)</u>
  Member

<u>National Institute on Disability and Rehabilitation Research</u>
  Training Grant Fellow

<u>Marquette University</u>
  Biomedical Engineering Scholastic Honors


## **Positions Held**

<u>Engineering Systems Inc.</u>, Aurora, Illinois
  Principal, 2010 – present
  Vice President, 2009 - present
  Director of Biomechanical and Safety Engineering, 2007 - present
  Assistant Director of Illinois Operations, 2006 - 2007
  Manager of Mechanical and Biomechanical Engineering, 2004 - 2006
  Manager of Biomechanical Engineering, 2003 – 2004
  Senior Staff Consultant, 1998 – 2003
  Staff Engineer, 1996 – 1998
  Engineering Research Associate, 1988 – 1991

<u>Rehabilitation Engineering Research Center and Prosthetics Research Laboratory of</u>
<u>Northwestern University Medical School</u>
  Research Engineer, 1988 – 1996



*Erick H. Knox, Ph.D., P.E.* *Page 4 of 6*
*November 2011*

## Publications/Presentations

"Step Ladder Failure Analysis, a Comparison of Analytical Methods"
Kenner, M.T., Stevenson, M.E., Knox, E.H., Van Bree, M.P., Wilkinson, J.A. (2011)
Proceedings of the ASME 2011 International Mechanical Engineering Congress & Exposition
Denver, CO. November 11-17, 2011

"Tool and Techniques for Analyzing Structural Damage Patterns in Ladders"
Stevenson, M.E., Knox, E.H., Van Bree M.P., Kenner, M.T., Wilkinson, J.A. (2010)
Materials Science and Technology, ASM International Annual Meeting,
Houston, Texas – October 17, 2010

"Field Studies and Labeling Research on the Angle of Inclination of Non-Self Supporting Ladders"
Knox, E.H., Van Bree M.P. (2010)
2010 International Conference on Fall Prevention and Protection
Morgantown, WV. May 18-20, 2010

"Ladder Safety Training"
Van Bree M.P., Knox E.H. (2010).   OSHA Safety Day.
Waubonsee Community College, Sugar Grove, Illinois. March 17, 2010

"Stepladder Failure: Analysis of Root Cause."
Knox E.H., Van Bree M.P., Kenner M.T., Wilkinson J.A. (2009).
Proceedings of the ASME 2009 International Mechanical Engineering Conference and Exposition.  November 13-19, Lake Buena Vista, Florida.

"Stepladder Spreader Bar Structural Integrity and The Impact on Accidents".
Van Bree M.P., Knox E.H., Smith K.M., Eganhouse J.T. (2009).
Proceedings of the ASME 2009 International Mechanical Engineering Conference and Exposition.  November 13-19, Lake Buena Vista, Florida.

"Measurement of Thermal Residual Stress Using the Strain Gauge Method"
C. R. Morin, E. H. Knox, M. T. Kenner, G. J. Novak, J. T. Eganhouse, presented at the Session on "Tools and Techniques," Failure Analysis Symposium, Materials Science & Technology (MS&T) 2007 Conference and Exhibition, ASM International, Detroit, Michigan, September 17, 2007

"Roll-Over Shapes of Human Locomotor Systems:  Effects of Walking Speed."  Clinical Biomechanics 19(4):  407-414., Hansen, A.H., Childress, D.S. and Knox, E.H. (2004).

"ATV Australian Analysis (Coronial Inquest) Investigative Report."
Engineering Systems Inc. (2003).



**Publications/Presentations** (continued)

"Mechanical Properties of Prosthetic and Human Feet:  From Shoes to Computer Alignment."
    2nd International Conference of Advanced Prosthetics, presented by Childress in
    Newport Beach, California, April 18-19. Hansen, A., Knox, E., Childress, D.,
    Sandifer, A. (2002)

"Prosthetic Foot Roll-over Shapes with Implications for Alignment of Trans-tibial Prostheses"
    Hansen, A.H., Childress, D.S., and Knox, E.H., Prosthetics and Orthotics International,
    Vol. 24, No. 3, December, 2000, 205-215

"Rollover shapes of prosthetic feet"
    Hansen, A.H.,  Childress, D.S., Knox, E.H., 4th Annual Gait and Clinical Movement
    Analysis Meeting, Dallas, Texas, 1999

"Foot Shape and Rehabilitation.  Gait Analysis Symposium"
    Honoring H. Kerr Graham at Children's Memorial Hospital, Chicago, Illinois,
    September 14. (Hansen Invited Speaker), Hansen, A.H., Childress, D.S., Knox, E.H.
    (1998).

"Mechanical Properties of Artificial Feet:  Some Practical Interpretations."
    Proceedings of the 9th World Congress of the International Society for Prosthetics and
    Orthotics (ISPO), Amsterdam, presented by Childress in The Netherlands, June 28-
    July 5., Childress, D. Hansen, A., Knox, E., and Miller, L. (1998).

"How Two-Dimensional Representations of Three-Dimensional Human Movement Can Be
Misleading"
    Gard, S.A. Childress, D.S., Knox, E.H., Gait & Posture, 5 (2), 1997

"How Shoes Alter Prosthetic Foot Mechanics"
    Knox, E. H., Childress, D. S. & Sandifer, A. T., Biomechanics Desk Reference, 1997

"How Shoes Alter Prosthetic Foot Mechanics"
    Childress, D.S. & Knox, E.H., Annual Meeting of the American Academy of
    Orthotists and Prosthetists, San Francisco, 1997

"Measurement and Analysis of the Biomechanical Properties of Prosthetic Feet and the
Influence of Shoes"
    Marquette University Biomedical Engineering Seminar Series, March, 1997

"Two-Dimensional Representation of Three-Dimensional Pelvic Motion During Human
Walking:  An Example of How Projections Can Be Misleading"
    Gard, S.A., Knox, E.H. & Childress, D.S., Journal of Biomechanics, Vol. 29, No. 10, pp.
    1387-1391, 1996

"Biomechanical Characteristics of Dynamic Response Feet and Their Consideration in
Walking"
    American Academy of Orthotists and Prosthetists Scientific Seminar, Invited Speaker, 1995



**Publications/Presentations** (continued)

"Do Shoes Influence the Forefoot Mechanics of Prosthetic Feet?"
Childress, D. S., Knox, E. H. & Sandifer, A. T., 8th World Congress of the International Society of Prosthetics and Orthotics, Melbourne, Australia, 1995

"The Influence of Shoes on the Forefoot Mechanics of Prosthetic Feet"
Childress, D. S., Sandifer, A. T. & Knox, E. H., 9th Scientific Meeting of the Japanese Society of Prosthetics and Orthotics, Kobe, Japan, 1993

"Slip Detection and Automatic Grasping for a Prosthetic Prehensor"
Knox, E. H., Childress, D. S. & Heckathorne, C. W., 7th World Congress of the International Society of Prosthetics and Orthotics, Chicago, Illinois, 1992

"A Preliminary Study of Dynamic Response Prosthetic Feet: Characterization of Biomechanical Properties"
American Academy of Orthotists and Prosthetists Scientific Seminar, Invited Speaker, 1992



**ESI**

4215 Campus Drive
Aurora, IL 60504

# ERICK H. KNOX, Ph.D., P.E.

## LIST OF EXPERT DEPOSITION AND TRIAL TESTIMONY

| DEPOSITION | TRIAL |
|---|---|

**2008**

**Steuer vs. Black & Decker Corp., et al., Alabama**
   CV-07-900077
   C.C. of Lee County, AL

**Steuer vs. Black & Decker Corp., et al., Alabama**
   CV-07-900077
   C.C. of Lee County, AL

**Holdt, et al. vs. Feigl Farms, et al., Wisconsin**
   Case No. 06CV629
   State of WI, C.C. Sauk County

**Stephens v. Louisville Ladder, et al., Florida**
   8:06-CV-2299-T-20MSS
   C.C. in and for Sarasota County FL

**Alvarez, et al. v. Flores & Hitachi American Ltd., et al, Texas**
   Cause No. 03-04843-I
   D.C. Dallas County, TX, 162nd J.D.

**Brannon v. Nikota USA, Inc., et al., Illinois**
   No.: 05 L 4604
   C.C. Cook County, IL, County Dept., Law Div.

**Johnson v. Louisville Ladder, Inc., et al., Alabama**
   Civil Action No. -1:07-cv-00764
   U.S.D.C. for the Southern Dist. of AL, Southern Div.

**Anderson v. Ridge Tool Company, et al., Kentucky**
   0:06-CV-00116
   U.S.D.C., Eastern Div. of KY, Ashland Div.

**Allan v. Grove, US LLC, et al., Texas**
   Civil Action No. G-07-159
   U.S.D.C. for Southern Dist. Of TX, Galveston Div.

Phone: (630) 851-4566  ■  Fax: (630) 851-4870

**DEPOSITION**

**TRIAL**

**2009**

Walker v. Louisville Ladder, Inc., Tennessee
3:07-CV-377
U.S.D.C., Eastern Dist. of TN, Northern Div.

Wilson v. Ridge Tool Co. & Emerson Electric Co.,
Georgia
Civil Action No.: 08-SC-0136
State Court of Cherokee County, State of GA

Riggs v. The Dupps Company, South Carolina
Civil Action File No. 8:08-73-HMH
U.S.D.C., Dist. of SC, Anderson/Greenwood Div.

Coker v. Louisville ladder, Inc., et al., Virginia
Civil Action No. 4:08cv-113
U.S.D.C., Eastern Dist. of VA, Newport News Div.

Knauff v. Dorel Juvenile Group, Inc., Texas
Civil Action No. SA08CA0336XR
U.S.D.C., Western Dist. of TX, San Antonio Div.

Fischer v. Louisville Ladder, Inc., et al., New York
CV-07 5077
U.S.D.C., Eastern Dist. NY

Duffy v. Togher, et al.
02 L 5279
Circuit Court of Cook County, IL, Law Div.

Barowy v. Ridge Tool Company
C.A. No. 08-cv-10719-RWZ
U.S.D.C., Dist. of MA

McKoin v. A-1 Roofing Company, et al.
05 L 7478
C.C. of Cook County, IL County Dept. – Law Div.

Allan v. Grove, US, LLC, et al., Texas
Civil Action No. G-07-159
U.S.D.C. for Southern Dist of TX, Galveston Div.

Walker v. Louisville Ladder, Inc., Tennessee
3:07-CV-377
U.S.D.C., Eastern Dist. of TN, Northern Div.

Marcais v. Louisville Ladder Group, LLC, New York
Index No. 93862
State of NY S.C., County of Fulton

Coker v. Louisville ladder, Inc., et al., Virginia
Civil Action No. 4:08cv-113
U.S.D.C., Eastern Dist. of VA, Newport News Div.

Roman vs. Louisville Ladder Group, LLC., et al.,
No. 04-11-09821-CV
In the District Court of Montgomery County, Texas
284th Judicial District

Suarez vs. Ridge Tool Co., et al.
Docket #: 08-CV-2685
U.S.D.C., Eastern Dist. of NY



**DEPOSITION**

**TRIAL**

**2010**  **Dressler vs. Dorel Juvenile Group**
   2:08-cv-00734-RTH-CMH
   U.S.D.C., Western Dist. of LA, Lake Charles Div.

**Alsip vs. Louisville Ladder**
   24-C-09-004010,
   in the Circuit Court for Baltimore City

**Elbasani vs. Louisville Ladder Group, LLC**
   06-4803
   U.S. Dist. Court for the Eastern Dist. of Pennsylvania

**Flanigan vs. Louisville Ladder, Inc.**
   CV 2008-162
   C.C. Houston County, AL

**Barowy vs. Ridge Tool**
   Barowy v. Ridge Tool Company, Massachusetts
   C.A. No. 08-cv-10719-RWZ(U.S.D.C., Dist. of MA)

**Santiago (Misol) vs. Core Distribution, et al.**
   Index No.: 105856-07
   S.C. State of NY, County of NY



**2011**   <u>DEPOSITION</u>

<u>TRIAL</u>

**Chairez (Maria)/Estate of Juan Chairez vs. NC Ribble**
CV2005-03064
Second Judicial District Court, County of Bernalillo,
State of New Mexico

**Elliott (Scott & Melinda) vs. Power Equipment Leasing
Co., et al**
07 L 010561
State of Illinois, County of Cook, In the Circuit Court
of Cook County, Illinois, County Department, Law
Division

**Scott (Kathleen) vs. Marson (John & Chandra), et al.**
06 L 12406
State of Illinois, County of Cook, In the Circuit Court
of Cook County, Illinois County Department, Law
Division

**Testone (Anna) vs. Mission Bay Multisport Inc. et al.**
08 L 413
In the Circuit Court of the Sixteenth Judicial Circuit
Kane County, Illinois

**Lenzen (John) vs. Garon Products, Inc., et al.**
09-CV-02893
In the United States District Court for the
District of Minnesota

**Thedy (Scott) vs. Hitachi Koki Co., Ltd.et al.**
2007-CV-134887
In the Superior Court of Fulton County
State of Georgia

**Silnicki (Harry & Debra) vs. KLI, Inc. et al.**
07-16409(26)
In the Circuit Court of the 17th Judicial Circuit in and
for Broward County, Florida

**Detten (William) vs. City of Chicago, et al.**
08 L 4985
In the Circuit Court of Cook County, IL.
County Department, Law Division, State of Illinois

**Jacquelyn Grant as Administratrix of the Estate of
Michael White vs. ABP Induction, Inc., et al.**
09 01417-RSV
In the Circuit Court of Jefferson County, Alabama

**Ricucci (Anthony) vs. Malverty (Leroy T. & Lucy) et al.**
MID-L-9166-08
Superior Court of New Jersey, Law Division: Middlesex
County

**Kinsey (John) vs. Louisville Ladder, et al.**
100303533
Court of Common Pleas, Philadelphia County, PA. Civil
Action-Law



**2012**  **DEPOSITION**

**Silnicki (Harry & Debra) vs. KLI, Inc. et al.**
07-16409(26)
In the Circuit Court of the 17th Judicial Circuit in and
for Broward County, Florida

**Jacquelyn Grant as Administratrix of the Estate of
Michael White vs. ABP Induction, Inc., et al.**
09 01417-RSV
In the Circuit Court of Jefferson County, Alabama

**Dokter (Tim) vs. Werner Company, et al.**
10-CV-2332
United States District Court, Eastern District of N.Y.

**TRIAL**

**Dobbs (Alexander) vs. Morbark Inc.**
09-CV-01403-MSK-MEH
In the United States District Court for the District of
Colorado

**Martin Oliver vs. Hitachi KOKI U.S.A., Ltd.**
Superior Court of the State of California, County of San
Bernardino, Central Division – CIVSS 710812

