# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### COURTROOM MINUTE SHEET
### CIVIL PROCEEDINGS

Date 7/20/12 Judge HAmilton   Case No. 4:10CV1176-JCH

Robinson vs. Newell Rubbermaid et al

Court Reporter (D. K. morning) S.M. afternoon   Deputy Clerk CLK

Attorney(s) for Plaintiff(s) J. Corrigan, J. Onder, M. Kruse

Attorney(s) for Defendant(s) J. Krasovec, III, H. Podulka, K. Krueger

Parties present for Daubert hearing. Witnesses called. Arguments heard. Court will take matters under submission.

Pltf. Witness Shelley Deppa   Deft. Witness Christine Wood
Pltf. Witness _____   Deft. Witness Eric Knox

Pltf. Exhibits: _____   Deft. Exhibits: _____
Pltf. Exhibits: _____   Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 9:09 (a.m.)/p.m  Concluded 12:24 a.m./(p.m.)

1:30 pm  -  3:55 pm