EXHIBIT LIST

Style: Robinson v. Newell Rubbermaid et al   Case Number: 4:10CV1176-JCH

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 1 | | 7/19/12 | 1 | | | Copy Resume of Ben Railsback/curriculum | |
| 2 | | 7/19 | " | | | Collection of Patents | |
| 5 | | " | " | | | Set of Photos Documenting Designs of locking mechanism | |
| 10 | | " | " | | | Cord of Blind & Blind Demo | |
| 7 | | " | " | | | Copy May 16, 2012 Preliminary Engineer report | |
| 8 | | " | " | | | Binders of safety publications | |
| 9 | | " | " | | | Binder of safety publications | |
| 12 | | " | " | | | In depth investigation Reports | |
| 13 | | " | " | | | Window covering cord testing memo | |
| 11 | | " | " | Δ ✓ | | Supplemental opinions | |
| 15 | | " | " | | | Article | |
| 4 | | " | " | | | Cord Device | |
| 6 | | " | " | | | Safety shade Cord Device | |
| 14 | | " | " | | | Report 1991 Investigation Report | |
| 1 | | " | 2 | | | Copy of Shelley Deppa Curriculum | |
| 2 | | " | " | | | | |
| 3 | | " | " | | | Voluntary standard 1985 | |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red    ADMITTED = use ✓ and date    Page 1 of ___

*EXHIBIT LIST*

Style: Robinson v. Newell Rubbermaid etal   Case Number: 4:10CV1176-JCH

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| 4 | | 7/19/12 | 2 | | | 1980 2 pages size & shapes of head entrapment hazards | |
| 5 | | '' | '' | | | ASTM methodology to evaluate products | |
| 6 | | '' | '' | | | Hazard patterns | |
| 7 | | '' | '' | | | R | |
| 8 | | '' | '' | | | Mandatory Bunkbeds 1999 standards | |
| 9 | | '' | '' | | | Paper written by Shelley Deppa | |
| 10 | | '' | '' | | | Blind demo | |
| 11 | | '' | '' | ✓ | | Supplemental Report | |
| 6C | | '' | '' | | | Compilation Inner cords and outer cords | |
| | 4 | '' | '' | | | Picture of Family room area at the back of house | |
| | 6 | 7/20 | 2 | | | Police photo of verticle shade | |
| | 3 | '' | '' | | | Record July 10, 2009 for Catara | |
| | 11 | '' | '' | | | Photo of window w/out Blind where incident happened | |
| | 9 | '' | 3 | | | Pink Box photo | |
| | 7 | '' | '' | | | Photo by Police | |
| | 2 | '' | '' | | | Photo by police container/fireplace mantle | |
| | 18 | '' | '' | | | Interview content | |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff   Δ = defendant   ID = first date exhibit is used   W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red   ADMITTED = use ✓ and date

Page 2 of ___

*EXHIBIT LIST*

Style: Robinson v. Newell Rubbermaid etal.    Case Number: 4:10CV1176 JCH

| π EX NO. | Δ EX NO. | ID DATE | BY (W #) | OBJ. TO | SUSTAINED/ OVERRULED | DESCRIPTION | DATE ADMITTED |
|---|---|---|---|---|---|---|---|
| | 12 | 7/20/12 | 3 | | | Police Photo Toy Bin corner room | |
| | 10 | 7/20/12 | " | | | CPSC Report | |
| | 13 | " | " | | | Report 8-25-1991 Investigation Report | |
| | 8 | " | 4 | | | Photo toy Bin | |

☐ EXHIBITS RETURNED TO COUNSEL    ☐ EXHIBITS RETAINED BY COURT

π = plaintiff    Δ = defendant    ID = first date exhibit is used    W# = first witness to ID exhibit

OBJ = Objection write "Obj" in red    ADMITTED = use ✓ and date           Page 3 of ____