# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TIARA ROBINSON, As Next Friend and Natural Mother of C.R., TIARA ROBINSON, Individually, and ORLANDUS ROBINSON, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>NEWELL RUBBERMAID, f/k/a KIRSCH, INC., J.C. PENNY COMPANY, INC., COLDWELL BANKER GUNDAKER, and MELISSA HARRIS,<br><br>Defendants. | Cause No. 4:10-CV-01176 JCH |

## NOTICE OF SETTLEMENT

COME NOW the parties, Plaintiffs Tiara Robinson, as Next Friend and Natural Mother of C.R., Tiara Robinson, Individually, and Orlandus Robinson, Individually, and Defendant Newell Window Furnishings, Inc. and hereby pass this matter for settlement.

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ Kevin P. Krueger
Kevin P. Krueger, #03319
Natalie J. Kussart, #59622MO
600 Washington Avenue - 15th Floor
St. Louis, MO  63101-1313
314-231-3332
314-241-7604 (Fax)
E-mail:  kkrueger@sandbergphoenix.com
          nkussart@sandbergphoenix.com
*Attorneys for Defendant*
*Newell Window Furnishings, Inc.*

3694930\1

By:    _/s/ James T. Corrigan_
Mr. James G. Onder
Mr. James T. Corrigan
Onder, Shelton, O'Leary & Peterson, LLC
110 E. Lockwood, 2nd Floor
St. Louis, MO 63119
314/963-9000
314/963-1700 (Fax)
E-mail:  onder@onderlaw.com
          Corrigan@onderlaw.com
*Attorneys for Plaintiffs*

3694930\1