UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 10/9/12  Judge Hamilton   Case No. 4:10CV1176JCH
Robinson                vs. Newell Rubbermaid
Court Reporter S. Moran   Deputy Clerk  CW
Attorney(s) for Plaintiff(s) James Onder, James Corrigan, B. Fernandez
Attorney(s) for Defendant(s) Natalie Kussart

Parties present for hearing on settlement. Testimony heard. Court finds settlement is fair. Mtns for trusts to be filed. Settlement ORDER signed by Court.

Exhibits Returned to Counsel.

Pltf. Witness_____  Deft. Witness_____
Pltf. Witness_____  Deft. Witness_____

Pltf. Exhibits:_____  Deft. Exhibits:_____
Pltf. Exhibits:_____  Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 11:15 (a.m.)/p.m  Concluded 11:40 (a.m.)/p.m.