## EXHIBIT LIST

DATE: 10/9/12          CAUSE NUMBER: 4:10CV1176JCH

STYLE: Robinson v. Newell Rubbermaid

| NUMBER | ID DATE | BY (WITNESS #) | DESCRIPTION | OBJECTED TO | RECEIVED DATE |
|---|---|---|---|---|---|
| 1 | 10/9 | 1 | Terms | | |
| 2 | 10/9 | 1 | Release | | |