IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TIARA ROBINSON, As Next Friend and Natural Mother of C.R., TIARA ROBINSON, Individually, and ORLANDUS ROBINSON, Individually,<br><br>                Plaintiffs,<br><br>v.<br><br>NEWELL RUBBERMAID, f/k/a KIRSCH, INC.<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Cause No. 4:10-CV-01176 JCH<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER PURSUANT TO MISSOURI REVISED STATUTE § 507.184 APPROVING SETTLEMENT IN FULL COLLECTION AND DISTRIBUTION OF THE PROCEEDS FOR THE CLAIMS OF PLAINTIFFS TIARA ROBINSON, AS NEXT FRIEND AND MOTHER OF C.R., TIARA ROBINSON AND ORLANDUS ROBINSON**

Plaintiffs Tiara Robinson, as next friend and mother of C.R., Tiara Robison and Orlandus Robinson (hereinafter "Plaintiffs") by and through their attorneys Onder, Shelton, O'Leary & Peterson, LLC.

Plaintiffs, in open court, individually and by and through C.R.'s Next Friend, Tiara Robinson, waive their right to a jury trial and submit a proposed settlement to the Court for approval. Evidence having been heard and the Court being fully advised of the premises, it is hereby ordered, and the Court finds as follows:

    1.    Tiara Robinson is the natural mother and duly appointed Next Friend of C.R., a minor.

    2.    Orlandus Robinson is the natural father of C.R., a minor.

1

3. The Court has reviewed the proposed settlement as set forth in Exhibits 1 and 2 and finds the settlement is a fair and reasonable compromise of a disputed claim, in the best interest of all concerned, and the settlement is hereby approved.

4. The settlement shall be paid pursuant to the Settlement Agreement and Release attached hereto as Exhibit 1 and Settlement Disbursement attached hereto as Exhibit 1 including payments into C.R. Special Needs Trust and Robinson Family Income Only Trust.

5. The Defendants have purchased annuities to pay structured payments as set forth in the Release and its attachments (Exhibit 2) and such structure shall issue payments as set forth in Exhibit 1.

6. The Court further orders that expenses referenced in Exhibit 1 be paid to the Plaintiffs' attorneys Onder, Shelton, O'Leary & Peterson, LLC

7. Pursuant to Exhibits 1 and 2, the Court further orders that reasonable attorneys' fees be paid to Plaintiffs' attorneys Onder, Shelton, O'Leary & Peterson, LLC as set forth in Exhibit 1.

8. The Court recognizes the establishment of the C.R. Special Needs Trust and the Tiara Robinson and Orlandus Robinson Irrevocable Trust dated September 14, 2012. Payments to said Trust are set forth in Exhibits 1 and 2.

9. Any and all liens for medical or other expenses incurred for the benefit of C.R. should be paid from the proceeds of the settlement, and Plaintiffs acknowledge that they will indemnify Defendant for any such liens. The Court further orders that the trust administrator to pay any additional medical liens or expenses that become known directly from the Robinson Trust to Plaintiffs.

10. The Court further orders that cash payments be made as set forth in Exhibits 1 and 2 to the C.R. Special Needs Trust and Robinson Family Income Trust.

11. Tiara Robinson, as Next Friend and natural mother of C.R., a minor, is hereby authorized and ordered to execute the attached Release, acknowledging satisfaction of payment, releasing all claims that minor Plaintiffs may have against Defendant. Further, all claims and causes of action brought, or that could have been brought, against Newell Window Furnishings Inc. (or any of its affiliates) and J.C. Penney Corporation, Inc. (or any of its affiliates) are hereby forever dismissed with prejudice, with each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: Oct. 9, 2012

JUDGE HAMILTON

10808-1407
CH2\11904615.1